IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
FILE NO. 4:05-CV-122-D3

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
Its apparel, tackle, appurtenances and Cargo
Located in the waters of the Atlantic Ocean approximately 12 miles off the Coast of North Carolina,

    Defendant.
_____/

## ORDER ON MOTION TO SUBSTITUTE PARTY
### (Fed.R.Civ.P.15(c))

The Joint Motion of Odyssey Marine Exploration, Inc. and Intersal, Inc. seeking an Order substituting Intersal, Inc., in place and instead of Odyssey Marine Exploration, Inc., was submitted for decision on the 30th day of March, 2016.

The Court has reviewed the Motion and Memorandum submitted in this matter and considered the authorities cited. Being so informed, the Court finds that there has been a transfer of interest within the meaning of Rule 25(c) that warrants adjustment of the parties within this action.

Therefore, IT IS ORDERED that:

1. The Motion is GRANTED;

2. Intersal, Inc. is substituted for Odyssey Marine Exploration, Inc. as Plaintiff;

3. The Clerk will make whatever changes are appropriate in the records of this Court to reflect the substitution; and

4. All papers, subsequently filed by any person in this action will have a caption that properly reflects Intersal, Inc., in place of Odyssey Marine Exploration, as Plaintiff.

SO ORDERED. This __4__ day of April 2016.

JAMES C. DEVER III
Chief United States District Judge