IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
FILE NO. 4:05-CV-122-D3

INTERSAL, INC.

        Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
Its apparel, tackle, appurtenances and Cargo
Located in the waters of the Atlantic Ocean approximately 12 miles off the Coast of North Carolina,

        Defendant.
_____/

## ORDER APPOINTING INTERSAL, INC. SUBSTITUTE CUSTODIAN

This cause was heard by the undersigned United States District Judge on Motion of Plaintiff, Intersal, Inc. (Intersal) for an Order relieving Odyssey Marine Exploration, Inc. (Odyssey) as Substitute Custodian. The Court has reviewed the Motion, Affidavit and the relevant Court documents in this matter. Being so informed, the Court finds that there has been a transfer of salvage rights and artifacts that warrants the changing of Substitute Custodian in this action.

Therefore, IT IS ORDERED and ADJUDGED that:

1. The Motion is GRANTED.

2. Odyssey is relieved as Substitute Custodian in this matter;

3. Intersal, Inc., is hereby appointed the Custodian of the *In Rem* Defendant and the artifacts recovered and is to retain the same in its custody for possession and safekeeping until further Order of this Court;

4. Odyssey is allowed and Ordered to transfer to the possession, custody and control of Intersal, all artifacts recovered from said wrecksite;

5. It is further Ordered that Intersal maintain an accurate inventory of all items removed from the shipwreck and to file an accurate accounting of all items salvaged from the wrecksite within thirty (30) days of the activity and to report all material activity regarding salvage to the Court within thirty (30) days of said activities. Said accountings may be filed under seal pursuant to the Local Rules of Practice and Procedure for the Eastern District of North Carolina. Rule 79.2; and

6. It is further Ordered that the Marshal shall remain discharged from his duties and responsibilities for the safekeeping of the artifact inventory and held harmless from any and all claims arising out of the possession and safekeeping and that all expenses for the safekeeping of the recoveries shall be deemed administrative expenses of the Marshal.

SO ORDERED. This 14 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge