IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
FILE NO. 4:05-CV-122-D3

INTERSAL. INC.

       Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
Its apparel, tackle, appurtenances and Cargo
Located in the waters of the Atlantic Ocean approxi-
mately 12 miles off the Coast of North Carolina,

       Defendant.

_____/

## ORDER ADJUDICATING TITLE TO ARTICLES OF SALVAGE

**THIS CAUSE** came on before the Court upon Plaintiff's Motion for Order of Distribution. Since this case was filed on September 23, 2005, this Court has retained jurisdiction to protect the ongoing salvage operations. The Court has now received the Artifact Report dated July 21, 2016 (DE 41) documenting the artifacts being held by Intersal as Substitute Custodian. The Court being otherwise fully advised of the premises, it is the finding of this Court that:

1.     This Court has actual possession of artifacts through its Substitute Custodian, Intersal, Inc.

2.     No claimant has intervened herein and sought to establish any right to or interest in the articles of salvage from the wrecksite of the *In Rem* Defendant vessel.

THEREFORE, it is **ORDERED and ADJUDGED:**

1.     All artifacts from the Defendant vessel, as reflected in the Artifact Report and Inventory (DE 41), be and the same is hereby **AWARDED IN SPECIE** to the

Plaintiff/Salvor, Intersal, Inc., and Plaintiff's title is confirmed as against all the world.

SO ORDERED. This 16 day of November 2016.

JAMES C. DEVER III
Chief United States District Judge

Copies furnished to:

Stevenson L. Weeks
Attorney for Intersal, Inc.
710 Cedar Street, PO Box 260
Beaufort, NC 28516
slw@wwwnpa.com

David Paul Horan, Esq.
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, FL 33040
David@hwhkeywest.com

2